■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERTINO VASQUEZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Leahy, J.), rendered April 19, 1991.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Balletta, Eiber, Pizzuto and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO D. WARNER, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Westchester County (Scarpino, J.), imposed December 19, 1990.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Sullivan, Rosenblatt, Miller and Pizzuto, JJ., concur.